AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ECO GLOBAL SALES GROUP, INC. <br><br> *Plaintiff(s)* <br> v. <br> ECO TABS GAUTENG (PTY) LTD and RODNEY GENRICKS <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-61132-MD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ECO TABS GAUTENG (PTY) LTD
Unit 16 Oaklane Office Park
Grippen Road, Bartlett
Gauteng 1459, South Africa

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John M. O'Malley, Esquire, 4582 N. Hiatus Road, Sunrise, Florida 33351

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ECO GLOBAL SALES GROUP, INC. *Plaintiff(s)* v. ECO TABS GAUTENG (PTY) LTD and RODNEY GENRICKS *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  0:25-cv-61132-MD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RODNEY GENRICKS
Unit 16 Oaklane Office Park
Grippen Road, Bartlett
Gauteng 1459, South Africa

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John M. O'Malley, Esquire, 4582 N. Hiatus Road, Sunrise, Florida 33351

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 6, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ B. Chin
Deputy Clerk
U.S. District Courts